**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:
KHURSHID HUSSAIN                                   CASE NO 18-15816 RAM
XXX.XX.1456                                        CHAPTER13

    Debtor
_____/

**EXPEDIATED MOTION TO EXTEND THE AUTOMATIC STAY**
**PURSUANT TO § 362(c)(3)(B)**
(Debtor Requests that the Hearing on this Motion be set on or before 06/13/2018)

    The Debtor, Khurshid Hussain, by and through her undersigned attorney, requests this Honorable Court to grant the Debtor's Emergency Motion for an Order extending the automatic stay as to all creditors and states:

1. The Debtor's prior Chapter 13 bankruptcy was filed on 10/17/2016, under Case No. 16-23964 RAM .The case was dismissed by Order dated August 23, 2017.

2. The instant case, under Case No. 18-15816 RAM, was filed on May 14, 2108.

3. Pursuant to § 362(c)(3)(B), the Debtor must file a Motion to extend the automatic stay as there was one pending bankruptcy case within the year prior to the filing of this bankruptcy.

4. Although there may be a presumption that this case was filed in bad faith, the Debtor intends to prove by clear and convincing evidence that this case is in fact filed in good faith and that there were good and reasonable explanations for the dismissal of the last prior case.

5. The Debtor has some financial setback and was not able to continue to make the confirmed chapter 13 payment. The Debtor wishes to get bankruptcy relief to protect her from her creditors.

    Wherefore the Debtor moves this Court for an Order extending the automatic stay as to all creditors.

**CERTIFICATE OF SERVICE**

    I herby certify that a copy of the foregoing Motion was served in the manner described below, on May 30th, 2018, upon:

   I hereby certify that I am admitted to the Bar of the United States District court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1.

<u>Via CM/ECF</u>
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com


<u>Via Email:</u> Notice made in previous case.

Maurice D. Hinton- DeLuca Law Group for Creditor BSI Financial Services
mhinton@delucslawgroup.com



<u>Via first class mail:</u>
To all parties attached to service list_ Matrix




               Respectfully submitted,
               Miller & Funcia, P.A.
               9555 N. Kendall Drive, Suite 211
               Miami, Florida 33176
               Phone: 305-274-2922
               Fax:  305-722-3656

               _____/s/_____
               Jose P. Funcia, Esq., FBN 698210