

**ORDERED in the Southern District of Florida on June 21, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                              Case No. 18-15816-BKC-RAM
KHURSHID HUSSAIN                                                    Chapter 13
         Debtor
_____/

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO § 362(c)(3)(B)**

This matter having come before the Court on 6/12/2018 at 9:00 a.m. on the Debtor's Emergency Motion To Extend The Automatic Stay Pursuant To §362(C)(3)(B) and due notice having been given and the Court being duly advised it is ORDERED

1. The Debtor's Emergency Motion To Extend The Automatic Stay Pursuant to § 362(C)(3)(B) is GRANTED.

2. The §362 stay shall remain in full force and effect, as to all creditors, until further order of this Court.

### 

Submitted by:
Jose P. Funcia, Esq.
Miller & Funcia, P.A.
9555 N. Kendall Drive, Suite 211
Miami, Florida 33176
Phone: 305-274-2922

Jose P. Funcia, Esq. is directed to serve copies of this order on all interested parties and to file a certificate of service