**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:   Chapter 13
 Case No.: 18-15816-RAM

**KHURSHID HUSSAIN**

    Debtor.
_____/

**OBJECTION TO CONFIRMATION OF**
**DEBTOR'S PROPOSED AMENDED CHAPTER 13 PLAN**

    Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST** ("BSI Financial Services" or "Secured Creditor"), objects to confirmation of the Debtor's proposed Amended Chapter 13 Plan and states as follows:

    1.    On May 14, 2018, the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

    2.    On June 27, 2017, the Debtor filed its initial bankruptcy schedules [D.E. 22].

    3.    Secured Creditor asserts that a review of Schedule A reflects that the Debtor claims a legal or equitable interest in the real property commonly described as *9537 S.W. 165th Court, Miami, FL 33196* (the "Property"). Furthermore, a review of Schedule C denotes the Debtor has claimed the Property as homestead exempt.

    4.    On June 28, 2018, the Debtor filed its First Amended Chapter 13 Plan [D.E. 28].

    5.    Secured Creditor is the owner and holder of that certain promissory note and that mortgage recorded as instrument #2006R0287596, in OR Book 24334, Pages 0468 - 0484, in the Official Records of Miami-Dade County, Florida, as to the Debtor's Property.

6.	On June 15, 2018, Secured Creditor timely filed its proof of claim [Claim No. 1-1] (the "Claim") which reflects the total secured claim amount is $412,851.09 and the pre-petition arrearage amount is $195,455.38.

7.	Secured Creditor asserts that the Plan fails to indicate the Debtor's intention as to the Property as well as fails to denote any proposed amount to be paid towards the loan or the outstanding pre-petition arrearages due and owing to Secured Creditor when in fact the current pre-petition arrearage amount due is $195,445.38. As such, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

8.	Secured Creditor objects to any plan which proposes to pay it anything less than the current on-going monthly payment amount of $2,172.09 and anything less than the total outstanding pre-petition arrearage amount due and owing in the amount of $195,445.38 over the life of the plan.

9.	Debtor's plan should also account for future tax and insurance obligations.

10.	Secured Creditor reserves the right to supplement this Objection.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Confirmation, deny confirmation of the Debtor's proposed Amended Chapter 13 Plan, and for any such other relief that the Court deems just and proper.

**Dated this 29th day of June, 2018.**

    Respectfully submitted,

    **GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:  /s/ Chase A. Berger
    Chase A. Berger, Esq.
    Florida Bar No. 083794
    cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:  /s/ Chase A. Berger
       Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Khurshid Hussain**
9537 S.W. 165th Court
Miami, FL 33196

*Debtor's Counsel*
**Jose P. Funcia, Esq.**
9555 N. Kendall Drive - Suite 211
Miami, FL 33176

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By:  /s/ Chase A. Berger
       Chase A. Berger, Esq.